**KROVATIN NAU LLC**
Gerald Krovatin, Esq. (Attorney No. 024351977)
60 Park Place, Suite 1100
Newark, New Jersey 07102
(973) 424-9777

*Attorneys for Defendant Cesar Humberto Pina*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CESAR HUMBERTO PINA,<br>a/k/a "Flipping NJ"<br><br>Defendant. | Magistrate No. 23-13255 (LDW)<br><br>Honorable Leda Dunn Wettre, U.S.M.J.<br><br>**SUBSTITUTION OF ATTORNEY**<br><br>**ELECTRONICALLY FILED DOCUMENT** |

The undersigned hereby consent to the substitution of Krovatin Nau LLC as attorneys for *Defendant Cesar Humberto Pina* in the above-entitled cause.

(Superseding Attorneys)           (Withdrawing Attorneys)

**KROVATIN NAU LLC**                **LINDA GEORGE**

By:   /s/ Gerald Krovatin          By:   /s/ Linda George
      Gerald Krovatin                    Linda George

Dated: October 31, 2023