**KROVATIN NAU LLC**
Gerald Krovatin, Esq. (Attorney No. 024351977)
60 Park Place, Suite 1100
Newark, New Jersey 07102
(973) 424-9777

*Attorneys for Defendant Cesar Humberto Pina*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CESAR HUMBERTO PINA,<br>a/k/a "Flipping NJ"<br><br>Defendant. | Magistrate No. 23-13255 (LDW)<br><br>Honorable Leda Dunn Wettre, U.S.M.J.<br><br>**STIPULATION AND ORDER**<br><br>**ELECTRONICALLY FILED DOCUMENT** |

It is Stipulated by and between the undersigned counsel that the time in which Defendant shall provide Pretrial Services with acceptable property to secure his $1,000,000 appearance bond in this matter be and it hereby is extended to and including November 8, 2023.

**UNITED STATES ATTORNEY'S OFFICE**

By: _____
Mark Pesce, Assistant U.S. Attorney

**KROVATIN NAU LLC**

By: _____
Gerald Krovatin

SO ORDERED:

*/s/ Edward S. Kiel*
Edward S. Kiel, U.S.M.J.

11.2.2023