UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Leda Dunn Wettre |
| v. | : | Mag. No. 23-13255 |
| CESAR PINA | : | **ORDER** |

This matter having come before the Court by application of the defendant Cesar Pina (Gerald Krovatin, Esq., appearing), and the United States, represented by John Giordano, United States Attorney for the District of New Jersey (Assistant U.S. Attorneys Mark J. Pesce and Carolyn Silane, appearing) consenting to the application to modify certain bail conditions, and the Court having reviewed the application; and for good cause shown;

IT IS, therefore, on this 24th day of March 2025,

ORDERED, that the defendant's bail conditions be amended to include the following conditions:

(1) The defendant shall be subject to a daily curfew and permitted to leave his residence only from 9:00 a.m. to 9:00 p.m., unless exceptions have been approved by Pretrial Services;

(2) The defendant shall remain on location monitoring and, with advance notice to and permission of Pretrial Services, shall be permitted to travel by commercial airlines for out-of-state attorney visits, during which he shall be subject to stand alone monitoring and cannot leave the visited state;

(3) Except as modified by the above, all other conditions previously imposed remain the same.

*Leda Dunn Wettre*
_____
HON. LEDA DUNN WETTRE
United States Magistrate Judge